**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00898-CR

**BRANDON LAWRENCE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81168-2011**

## ORDER

The Court **REINSTATES** the appeal.

On June 11, 2013, we ordered the trial court to make findings regarding whether the record could be supplemented with the reporter's records of four hearings. On June 18, 2013, we received the reporter's records of the four hearings. Therefore, in the interest of expediting the appeal, we **VACATE** the June 11, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE